PROB 12B
(04/08)

October 3, 2008

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 OCT -9 PM 12: 18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

### Request for Modifying the Conditions or Term of Supervision

**Name of Offender:** Johnny Joseph Bonds (English)    **Dkt No.:** 07CR0072-001-JAH

**Name of Sentencing Judicial Officer:** The Honorable John A. Houston, U.S. District Judge

**Sentence:** 36 months custody; 5 years supervised release (*Special Conditions: See Attached Judgment and Commitment Order.*)

**Date of Sentence:** August 8, 2007    **Date Supervised Release To Commence:** July 21, 2009

**Prior Violation History:** None.

---

## PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

**(Special Condition)**
Reside in a Residential Reentry Center (RRC) as directed by the probation officer for a period of up to 180 days. *(nv24)*

**(Special Condition)**
The offender shall be monitored by location monitoring technology at the discretion of the probation officer which shall be utilized for purposes of verifying compliance with any court-imposed condition of supervision. The participant shall pay all or part of the costs of location monitoring based on their ability to pay as directed by the court and/or probation officer.
The offender shall be restricted to his residence every day as directed by the supervision officer.

**(Special Condition)**
Reside in a hotel, motel, apartment complex, or residence as directed by the probation officer. The Court authorizes the U.S. Probation Office to pay for his stay at this facility during the first 4 months, if necessary; thereafter, the offender will assume responsibility for monthly payments.

## CAUSE

Mr. Bonds has a projected release date of July 21, 2009. He has made the request, through his case manager in the Bureau of Prisons, to have a post incarceration Residential Reentry Center (RRC) placement, as he does not expect to have any suitable housing upon his release.

Since Mr. Bonds is a sex offender, there are certain conditions of supervision to which he must be subject in order to be eligible for an RRC placement in our district. He must participate in sex offender treatment, and he must be monitored by electronic device. The specific requirements for the RRC in this district have been discussed at length with the case manager, who in turn discussed the situation with Mr. Bonds.

The first two requested conditions will allow for Mr. Bonds to have stable housing at the RRC upon his release from custody, and location monitoring as required by the facility. The term of housing will not necessarily be for the full 180 days, but only as long as necessary for Mr. Bonds to secure his own residence.

However, at the current time the RRC in this district will only allow sex offenders in the facility who have been classified through the Static 99, a risk assessment tool, as low or low to medium risk. Mr. Bonds has been evaluated through this instrument, and is considered a medium to high risk sex offender. Therefore, he would not qualify for the RRC with the current restrictions. For this reason, we have made the request for the third modification. If the RRC changes the requirements prior to Mr. Bonds' release, then the initial placement goal will be at the RRC.

The above modifications are a joint request of the probation office and Mr. Bonds. The conditions provide for the basic concern of stable housing for Mr. Bonds upon his immediate release. The benefit is not only for Mr. Bonds, but also for the safety of the community, through the monitoring of his activities and by placing him in appropriate housing.

Respectfully submitted:
by _____
Jennifer K. Walker
Senior United States Probation Officer
(619) 557-6531

Reviewed and approved:
_____
Sean Quintal
Supervising U.S. Probation Officer

Attachments

**THE COURT ORDERS:**

__X__ The Modification of Conditions as Noted Above

_____ Other _____

_____  10-6-08
The Honorable John A. Houston  Date
U.S. District Judge