PROB 12B
(04/08)

November 20, 2009

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

09 DEC -1 AM 8:27

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

Request for Modifying the Conditions or Term of Supervision
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Johnny Joseph BONDS (English)    **Dkt No.:** 07CR00072-001-JAH

**Name of Sentencing Judicial Officer:** The Honorable John A. Houston, U.S. District Judge

**Sentence:** 36 months custody; 5 years supervised release (*Special Conditions: See Attached Judgment and Commitment Order.*)

**Date of Sentence:** August 8, 2007        **Date Supervised Release Commenced:** July 21, 2009

**Prior Violation History:** None.

---

## PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

**Reside in a hotel, motel, apartment complex, or reside as directed by the probation officer. The Court authorizes the U.S. Probation Office to pay for his stay at this facility for a period of up to 4 months, if necessary; thereafter, the offender will assume responsibility for monthly payments.**

### CAUSE

Due to Mr. Bonds' present risk classification, he does not qualify to reside in a residential re-entry center (RRC). At this juncture, the most appropriate course of action is to continue to assist the offender in maintaining his current residence until he receives his disability assistance, which is scheduled to reach him in the next few weeks. The above modification is a joint request of the probation officer and Mr. Bonds. The condition is not only for the offender but also for the safety of the community, through the monitoring of his activities by placing him in appropriate housing.

Respectfully submitted:

by _____
Carlos Hernandez
Senior U.S. Probation Officer
(619) 446-3541

Reviewed and approved
_____
Sean Quintal
Supervising U.S. Probation Officer

Attachments:

PROB 12B

Name of Offender: Johnny Joseph BONDS  
Docket No.: 07CR00072-001-JAH

November 20, 2009  
Page 2

## THE COURT ORDERS:

☑ The Modification of Conditions as Noted Above

____ Other _____

_____   _11-20-09_  
The Honorable John A. Houston                  Date  
U.S. District Judge