PROB 12B
(C 7/08)

May 24, 2010

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
10 JUN -1 AM 11:09
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

### Request for Modifying the Conditions or Term of Supervision
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Johnny Joseph BONDS (English)   **Dkt No.:** 07CR00072-001-JAH

**Name of Sentencing Judicial Officer:** The Honorable John A. Houston, U.S. District Judge

**Sentence:** 4 months custody; 50 months supervised release. *Special Conditions: See Attached Judgment and Commitment Order.)*

**Date of Revocation Sentence:** March 29, 2010   **Date Supervised Release to Commence:** June 4, 2010

**Prior Violation History:** Yes. See prior court correspondence.

---

## PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

Reside in a Residential Reentry Center (RRC) as directed by the probation officer for a period of up to 120 days.

The offender shall be monitored at the RRC with location monitoring technology at the discretion of the probation officer, which shall be utilized for purposes of verifying compliance with any court-imposed condition of supervision. The participant shall pay all or part of the costs of participation in the location monitoring program as directed by the court and/or the probation officer.

PROB 12B

Name *of Offe*nder: Johnny Joseph BONDS  May 24, 2010
Docket No.: 07CR00072-001-JAH  Page 2

## CAUSE

Mr. Bonds, a registered sex offender, is scheduled to be released from Bureau of Prison's custody on June 4, 2010. At this juncture, he has not secured a Jessica-Law compliant residence. Thus, in order to protect the community while providing Mr. Bonds needed time to secure necessary funds and an approved residence, we are recommending that the offender be placed in a Residential Reentry Center (RRC). As a condition of housing a registered sex offender, the RRC requires that the offender be on location monitoring technology. Consequently, we are also recommending that the offender by monitored with location monitoring technology while he is at the RRC. Mr. Bonds agrees with the proposed modifications as evidenced by his signature on the attached Waiver of Hearing (Form 49).

Respectfully submitted:

Janet M. Bergland
Supervising U.S. Probation Officer
(619) 557-6460

Attachments:

**THE COURT ORDERS:**

__X__ The Modification of Conditions as Noted Above

_____ Other _____

_____  5-27-10
The Honorable John A. Houston  Date
U.S. District Judge