PROB 12B
(04/08)

June 4, 2010

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

**Request for Modifying the Conditions or Term of Supervision**
(Probation Form 49, Waiver of Hearing is Attached)

FILED
2010 JUN 10  AM 11:
CLERK US DISTRICT CO
SOUTHERN DISTRICT OF CALIF

**Name of Offender:** Johnny Joseph BONDS (English)                **Dkt No.:** 07CR0072-001-JAH

**Name of Sentencing Judicial Officer:** The Honorable John A. Houston, U.S. District Judge

**Sentence:** Four months' custody; 50 months' supervised release. ( *Special Conditions: See Attached Judgment and Commitment Order.)*

May 27, 2010: Supervised release modified to include Residential Reentry Center (RRC) placement up to 120 days and participation in location monitoring program while at the RRC.

**Date of Sentence:** March 29, 2010                **Date Supervised Release Commenced:** June 4, 2010

**Prior Violation History:** Yes. See prior court correspondence.

---

## PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

Be monitored while under supervision with location monitoring technology at the discretion of the probation officer, which shall be utilized for the purposes of verifying compliance with any court-imposed condition of supervision. The offender shall pay all or part of the costs of location monitoring based upon their ability to pay as directed by the court and/or probation officer.

The defendant/offender shall reside in a transitional housing facility designated by the probation/pretrial services officer for a period of 90 days, or until the probation officer approves an alternative residence. The transitional housing may be provided through a halfway house, if available, or through lodging arranged by the probation/pretrial services office if necessary.

PROB 12B

Name of Offender: Johnny Joseph BONDS                                      June 4, 2010
Docket No.: 07CR0072-001-JAH                                                        Page 2

## CAUSE

Mr. Bonds, a registered sex offender, was released from custody on June 4, 2010. At this juncture, he has not secured a Jessica-Law compliant residence. Initially, it was thought that Mr. Bonds was eligible to reside in a Residential Recovery Center (RRC) upon his release; however, it has now been determined that Mr. Bonds does not qualify for an RRC placement, as his risk assessment indicates that his risk level is too high for the RRC to accept him. Thus, in order to protect the community while providing Mr. Bonds needed time to secure necessary funds and an approved residence, we are requesting that Mr. Bonds reside in a transitional housing facility designated by the probation officer for up to 90 days, or until he is able to secure an appropriate residence which is Jessica Law compliant. In addition, the offender will be monitored via location monitoring technology as directed by the probation officer. Mr. Bonds has agreed with this modification by way of signature on a Waiver of Hearing form.

Respectfully submitted                                        Reviewed and approved:
by _____                             _____
Paula D. Burke                                                Janet M. Bergland
Senior U.S. Probation Officer                                 Supervising U.S. Probation Officer
(619) 557-6536

Attachments:

**THE COURT ORDERS:**

___X___ The Modification of Conditions as Noted Above

_____ Other _____

_____                                6-4-10
The Honorable John A. Houston                                 Date
U.S. District Judge