UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 07CR0072-JAH |
| Plaintiff, | ) | ORDER DIRECTING PRODUCTION OF MEDICAL RECORDS |
| v. | ) | |
| JOHNNY JOSPEH BONDS, | ) | |
| Defendant. | ) | |

It is hereby **ORDERED** that Dr. Larry Corrigan produce to defense counsel, Gary P. Burcham, 964 Fifth Avenue, Suite 300, San Diego, CA 92101, all medical records that relate to his past evaluations and/or treatment of Johnny Joseph Bonds, Federal Register No. 00840-298.

Dated: April 15, 2013

JOHN A. HOUSTON
United States District Judge